| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of New York |
| Case number *(If known)*: _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

**1. Debtor's name**  Three Arrows Fund, Ltd (In Liquidation)

**2. Debtor's unique identifier**

For non-individual debtors:
☐ Federal Employer Identification Number (EIN) __ __ – __ __ __ __ __ __ __
☒ Other  1710548  . Describe identifier  BVI Company Register No  .

For individual debtors:
☐ Social Security number: xxx – xx– __ __ __ __
☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – __ __ __ __
☐ Other _____. Describe identifier _____.

**3. Name of foreign representative(s)**  Paul Pretlove, David Standish, James Drury

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**  British Virgin Islands

**5. Nature of the foreign proceeding**

*Check one:*
☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☒ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☒ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
Written resolutions of the debtor's sole member

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
☒ Yes

Official Form 401                    Chapter 15 Petition for Recognition of a Foreign Proceeding                    page 1

Debtor  **Three Arrows Fund, Ltd (In Liquidation)**                                    Case number *(if known)*_____
_____Name_____

**8. Others entitled to notice**   Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

**9. Addresses**

**Country where the debtor has the center of its main interests:**

**British Virgin Islands**

**Debtor's registered office:**

**1st Floor, Columbus Centre**
Number         Street

**P.O. Box 2283**
P.O. Box

**Road Town   Tortola**
City              State/Province/Region      ZIP/Postal Code

**British Virgin Islands**
Country

**Individual debtor's habitual residence:**

_____
Number         Street

_____
P.O. Box

_____
City              State/Province/Region      ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

**Fish Lock Road, 4th Floor**
Number         Street

**LM Business Centre**
P.O. Box

**Road Town  Tortola**
City              State/Province/Region      ZIP/Postal Code

**British Virgin Islands**
Country

**10. Debtor's website** (URL)   _____

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

  ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☐ Other. Specify: _____

☐ Individual

Official Form 401         Chapter 15 Petition for Recognition of a Foreign Proceeding         page 2

| Debtor | Three Arrows Fund, Ltd (In Liquidation) | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
   _____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
   _____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ ___[signature]___    Paul Pretlove
Signature of foreign representative    Printed name

Executed on  02/08/2024
            MM / DD / YYYY

✗ _____    _____
Signature of foreign representative    Printed name

Executed on  _____
            MM / DD / YYYY

**14. Signature of attorney**

✗ ___[signature]___    Date  02/08/2024
Signature of Attorney for foreign representative        MM / DD / YYYY

John A. Pintarelli
Printed name

Pillsbury Winthrop Shaw Pittman LLP
Firm name

31 West 52nd Street
Number      Street

New York                                NY          10019
City                                    State       ZIP Code

(212) 858-1000                          john.pintarelli@pillsburylaw.com
Contact phone                           Email address

4481123                                 NY
Bar number                              State

---

Official Form 401    Chapter 15 Petition for Recognition of a Foreign Proceeding    page 3