**<u>Exhibit B</u>**

(Rule 1007 Statement)

PILLSBURY WINTHROP SHAW PITTMAN LLP
31 West 52nd Street
New York, NY 10019-6131
Telephone: 212-858-1000
Facsimile: 212-858-1500
John A. Pintarelli
Patrick E. Fitzmaurice
Hugh M. McDonald

*Attorneys for Petitioners Paul Pretlove, David Standish and James Drury, in their capacities as Joint Liquidators of of Three Arrows Fund, Ltd (in Liquidation)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Three Arrows Fund, Ltd (In Liquidation),<br><br>　　　Debtor in a Foreign Proceeding. [1] | Case No. 24-10210 (MG)<br><br>Chapter 15 |

**STATEMENT PURSUANT TO RULES 1007(A)(4) AND 7007.1**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**
**AND SECTION 1515(C) OF THE BANKRUPTCY CODE**

1.　　I, Paul Pretlove, in my capacity as a joint liquidator of Three Arrows Fund, Ltd (In Liquidation) ("**TAFL**" or the "**Debtor**"), hereby submit the information required by Rule 1007(a)(4) of the Federal Rules of Bankruptcy Procedure.

2.　　Rule 1007(a)(4) provides as follows:

> In addition to the documents required under § 1515 of the Code, a foreign representative filing a petition for recognition under chapter 15 shall file with the petition: (A) a corporate ownership statement containing the information described in Rule 7007.1; and (B) unless the court orders otherwise, a list containing the names and addresses of all persons or bodies authorized to administer foreign proceedings of the debtor, all parties to litigation pending in the United States in

---

[1] The Debtor's company registration number is 1710548. The Debtor's registered office is P.O. Box 2283, 1st Floor, Columbus Centre, Road Town, Tortola, British Virgin Islands.

which the debtor is a party at the time of the filing of the petition, and all entities against whom provisional relief is being sought under § 1519 of the Code.

Fed. R. Bankr. P. 1007(a)(4).

### Statement Under Federal Rule of Bankruptcy Procedure 7007.1

3. TAFL has a single voting shareholder, Three Arrows Capital Pte. Ltd. ("**TAC Pte**"), which is owned by Kyle Davies and Su Zhu.

### Name and Address of All Parties or Bodies Authorized to Administer the Foreign Proceedings of TAFL

4. On January 27, 2023, TAFL's directors and sole voting shareholder resolved to place TAFL into liquidation by written resolution (the "**BVI Proceeding**") pursuant to Section 159(2) of the British Virgin Islands Insolvency Act, 2023 (the "**Act**") and appoint Paul Pretlove, David Standish and James Drury as joint liquidators (the "**Liquidators**"). Contemporaneously herewith, the Petitioners have filed the Petition, which seeks recognition of the BVI Proceeding as a foreign main proceeding pursuant to Chapter 15 of the Bankruptcy Code.

5. The Liquidators mailing address is listed below:

> Interpath (BVI) Limited
> LM Business Centre, 4th Floor Fish Lock Road
> Road Town, Tortola, British Virgin Islands

### Statement Under Section 1515(c) of the Bankruptcy Code

6. To the best of my knowledge, the BVI Proceeding is the only foreign proceeding to which TAFL is subject. HFW act as BVI counsel to the Liquidators. The Liquidators have retained Pillsbury, Winthrop, Shaw Pittman LLP to seek recognition of the BVI Proceeding in the United States, where the Debtor has material assets.

**All Parties to Litigation Pending in the United States in**
**Which TAFL is a Party as of the Date Hereof**

7. TAFL is not a party to any litigation pending in the United States.

**All Entities Against Whom Provisional Relief is Sought Under 11 U.S.C. § 1519**

8. No provisional relief is being sought.

**Description of Assets Located in the United States**

9. TAFL has (a) funds in a client trust maintained by Pillsbury Winthrop Shaw Pittman LLP at J.P. Morgan Chase Bank in New York, (b) claims filed against a number of debtors that are the subject of chapter 11 cases pending before the U.S. Bankruptcy Court for the Southern District of New York, (c) legal and/or equitable claims to investment assets in U.S. entities acquired with TAFL's funds and (d) potential litigation claims against U.S. parties.

I declare, under penalty of perjury under the laws of the United States of America, that the information set forth above is true and correct to the best of my current knowledge, information and belief after reasonable inquiry, and in contemplation of and subject to supplementation.

Dated: February 8, 2024
      Tortola, British Virgin Islands

_____
Paul Pretlove